UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. MARTINEZ on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BOOKING HOLDINGS, INC.; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-01289-JAH-MSB<br><br>**ORDER** |

On December 15, 2021, this Court held a hearing on an Order to Show Cause for Want of Prosecution, pursuant to Local Rule 41.1. (ECF No. 10). Alex M. Tomasevic appeared on behalf of Plaintiffs, and Teresa H. Michaud appeared on behalf of Defendants Agoda Company Pte. Ltd. and Agoda International USA, Inc. The Court found that a dismissal without prejudice would be inappropriate at this juncture, and Plaintiff was ordered to file a second amended complaint. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a second amended complaint by **January 15, 2022**.

**IT IS SO ORDERED.**

DATED: December 15, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE