UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. MARTINEZ and TANYA SALAS on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>v.<br><br>AGODA COMPANY PTE. LTD, a Singapore Private Limited Liability Company; AGODA INTERNATIONAL USA, LLC, a Delaware Limited Liability Company; BOOKING HOLDINGS, INC. a Delaware Corporation,<br><br>                              Defendants. | Case No.: 3:20-cv-01289-JAH-MSB<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

On February 27, 2023, the Court stayed this action pending arbitration proceedings. (ECF No. 35). Upon review of the record and in order to manage its docket, the Court HEREBY DIRECTS the Clerk of the Court to ADMINISTRATIVELY CLOSE this case pending a final award by the arbitrator. *See Sarkar v. Garland*, 39 F.4th 611, 618 (9th Cir. 2022). The case *may* be restored to the trial docket upon motion of a party following the resolution of the arbitration proceedings. This Order shall not prejudice the rights of the

///

parties to this litigation in any manner.  The Parties shall file a status report within **seven days** of the resolution of the arbitration proceedings.

   **IT IS SO ORDERED.**

DATED:  August 28, 2024

               _____
               JOHN A. HOUSTON
               UNITED STATES DISTRICT JUDGE